# MINUTES

| | |
|---|---|
| CASE NUMBER: | 1:97-CV-00379-DAE-RT |
| CASE NAME: | Alexa Russell, et al. Vs. County of Hawaii |
| ATTYS FOR PLA: | Susan Kathryn Dorsey (by telephone) |
| ATTYS FOR DEFT: | Joseph Kalani Kamelamela (by telephone) |

| | | | |
|---|---|---|---|
| JUDGE: | Rom Trader | REPORTER: | No Record |
| DATE: | 07/15/2020 | TIME: | 9:15 - 9:30 |

COURT ACTION:  EP: STATUS CONFERENCE held jointly with (97-cv-01102-RT Russell et al v County of Hawaii.)

Mr. James Komata (Parks Planner) by telephone.

Mr. Komata provided updated regarding overall status of work in progress. Discussion had concerning selected projects. Parties encouraged to regularly discuss issues on an as-needed basis.

Telephone Conference is set for 10/16/2020 at 9:00 a.m. before Magistrate Judge Trader. Defendant to file an updated status report by 10/9/2020.

*Submitted by: Juliet Parker, Courtroom Manager.*