# MINUTES

| | |
|---|---|
| CASE NUMBER: | 1:97-CV-00379-DAE-RT |
| CASE NAME: | Alexa Russell, et al. v. Hawaii, County of |
| ATTYS FOR PLA: | Susan Dorsey* |
| ATTYS FOR DEFT: | J. Stanley Yoshimoto* |

| | | | |
|---|---|---|---|
| JUDGE: | Rom Trader | REPORTER: | ZOOM |
| DATE: | 01/11/2023 | TIME: | 9:30 - 9:52 a.m. |

COURT ACTION:  EP: TELEPHONE CONFERENCE held jointly with 1:97-CV-01102-RT, *Alexa Russell, et al. v. Hawaii, County of*.

The following participated by telephone:

- James Komata*, Parks Planner, County of Hawaii, Dept. of Parks and Recreation; and
- Bill Hecker*, ADA Consultant.

Discussion had. Court is in receipt of Defendant's 1/5/2023 *Status Report* [ECF [160], filed in case number 97-CV-01102-RT]. Parties continue to cooperate and communicate concerning issues to further completion of remaining projects.

Mr. Komata reports on status of various projects and confirms additional $10 million in funding secured to ensure ability to complete remaining Transition Plan projects.

Court expressed gratitude and praise to the parties for their continued efforts and progress made.

Court sets further Telephone Conference for **4/19/2023 at 9:30 a.m.** before Magistrate Judge Trader. Defendant to file updated status report by **4/12/2023**.

Parties and other participants must call-in at least five (5) minutes prior to the scheduled start time of the conference. Call-in instructions are below:

Dial in number:     1-833-568-8864 (toll-free).
Meeting ID:            161 5641 6035.

*Submitted by: Lian Abernathy, Courtroom Manager*